UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| G. WENDELL ULBERG, JR. and KATHLEEN M. ULBERG,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　Defendants. | CIV. NO. 2:13-2219 WBS<br><br>BK CASE NO. 10-53637-E-13<br><br>ORDER OF RECUSAL |

----oo0oo----

For the reasons stated in <u>Santos v. Countrywide Home Loans</u>, CIV. NO. 2:09-2642 WBS DAD, 2009 WL 5206682 (Dec. 22, 2009), the undersigned hereby recuses himself as the judge to whom this case is assigned.

IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

1

1      Any dates previously set in this case are hereby
2 VACATED.
3      Dated:  October 24, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE